ORIGINAL

FILED

08 JAN 16 AM 11:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV   DEPUTY

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0132

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEE VAUGHN WALKER (1), <br>   aka "Lee Dog", <br> MELVIN ALEXANDER (2), <br> JOSE GALVAN RICO (3), <br>   aka "Mija", <br> ELEODORO CASTILLO (4), <br>   aka "Onko", <br> DAPHNE ROSALINDA JACKSON (5), <br>   aka Daphne R. Rae, <br> BERNAL ANTHONY MITCHELL (6), <br>   aka "Tony", <br> ALLEN MATTHEW BAKER Jr. (7), <br>   aka "J.R.", aka Tracy Reyard Diggs, <br>   aka Marcus Johnson, <br> MICHAEL DWAYNE TRYALS (8), <br>   aka "Texas Mike", aka Michael Tryls, <br>   aka Dave Brooks, aka Leon Howard <br>   Blair, aka Earl David Hollis, <br> BOBBY SHAWN LOCKHART (9), <br>   aka "Blue", <br> ALEXANDER WEIR IV (10), <br>   aka "Brick", <br> ALEXANDER WEIR V (11), <br>   aka "Lil' Brick", <br> FELIPE MEDINA (12), <br> MELVIN ANDRE BIBBS (13), <br> MARK EDWARD RUNNELS (14), <br>   aka "Marky Mark", <br><br>       Defendants. | Magistrate No. _____ <br><br><br> **MOTION AND ORDER TO FILE COMPLAINT UNDER SEAL AND ORDER THEREON** |

1  The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and
2  ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for
3  an Order sealing the complaint in the above-captioned matter until further notice.
4  DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney