**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNSEALED 1/16/08

**ORDERED SEALED BY COURT**

FILED 08 JAN 25 AM 8:48

143 7159

UNITED STATES OF AMERICA

v.

Melvin ALEXANDER

WARRANT ISSUED ON THE BASIS OF:

__ Failure to Appear  __ Order of Court
__ Indictment         __ Information
X  Complaint

Magistrate Case No. 08 MJ 0132

**WARRANT FOR ARREST**

06960-298
BY: P02 V4l55 DEPUTY

TO:
Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:
Melvin Alexander
6225 Stanley Ave., #1, San Diego, California

DISTRICT OF ARREST: SOUTHERN DISTRICT OF CALIFORNIA

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

2008 JAN 16 P 4:12 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

DESCRIPTION OF CHARGES

Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine (Ct. 1)
Conspiracy to Distribute Methamphetamine (Ct. 2)

| IN VIOLATION OF | UNITED STATES CODE TITLE(S) | SECTION(S) |
|---|---|---|
| | 21 | 841, 846 |

BAIL                OTHER CONDITIONS OF RELEASE

ORDERED BY: **NITA L. STORMES U.S. MAGISTRATE JUDGE**   DATE ORDERED: 1-15-08

CLERK OF COURT/U.S. MAGISTRATE JUDGE   BY   DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

1/16/08

DATE RECEIVED   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE

DATE EXECUTED

DATE ARRESTED BY: STEVEN C. STAFFORD ACTING U.S. MARSHAL S/CA   FBI

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

FBI 3530