| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | ANDREW G. SCHOPLER |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 236585 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5836 / Fax: (619) 235-2757 |
|   | Email: Andrew.Schopler@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0256-L |
|    |                            | ) |                              |
| 11 |        Plaintiff,          | ) |                              |
|    |                            | ) | NOTICE OF APPEARANCE         |
| 12 |        v.                  | ) |                              |
|    |                            | ) |                              |
| 13 | LEE VAUGHN WALKER, et al.  | ) |                              |
|    |                            | ) |                              |
| 14 |        Defendant.          | ) |                              |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23  activity in this case:

24      <u>Name</u> (If none, enter "None" below)

25      None.

26  //

27  //

28  //

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u> (If none, enter "None" below)

6  None.

7  Please call me if you have any questions about this notice.

8  DATED: February 12, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Andrew.Schopler@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0256-L |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| LEE VAUGHN WALKER, et al. | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Mark F. Adams, Esq.  markadamsesq@yahoo.com
2. Lynn H. Ball, Esq.  lhball@sbcglobal.net,
3. Douglas C. Brown, Esq.  dcbrow@pacbell.net
4. Mary A. Franklin, Esq.  gr8lawr21@netzero.com
5. Shaun Kohojayan, Esq.  shaun@khojayan.com
6. Benjamin P. Lechman, Esq.  benlechman@hotmail.com
7. Stephen D. Lemish, Esq.  Slemish785@aol.com
8. Mahir Twefik Sherif, Esq.  mahirsherif@sbcglobal.net
9. Stephen Patrick White, Esq.  spw1@sbcglobal.net
10. Antonio Yoon, Esq.  antonioyoon@cox.net
11. John C. Lemon, Esq.  jlemon@san.rr.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008.

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant U.S. Attorney