MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Ste. 214
San Diego, CA  92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429

Attorney for Defendant
**Melvin Alexander**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MELVIN ALEXANDER, et. al.,<br><br>    Defendant. | **CASE NO. 08CR0256-02-L**<br><br>**EX-PARTE APPLICATION FOR INTERIM PAYMENTS OF ATTORNEY FEES** |

TO:   HON. M. JAMES LORENZ:

PLEASE TAKE NOTICE that pursuant to the provisions of 18 U.S.C. § 3006A(d) and based upon this application, the declaration of the undersigned counsel, all of the files and records and facts and circumstances of this complex criminal case, the above-named Defendant, by and through counsel, hereby seeks an order authorizing the undersigned counsel to submit interim payment vouchers at any time when attorneys fees and costs exceed $5,000.

**Declaration of Counsel**

I, Mark F. Adams, hereby declare under penalty of perjury that:

I am counsel appointed pursuant to the Criminal Justice Act to represent the accused, Melvin Alexander, in the above-captioned criminal prosecution;

I am admitted to practice before this United States District Court, all of the courts

of the State of California, the Ninth Circuit Court of Appeals, and the Supreme Court of the United States;

I make this declaration in support of my request for an order authorizing interim payments of attorneys fees and costs.  The reason for this unusual request is due to the complex and likely extended nature of the above-captioned case.  This case accuses 13 defendants, including Mr. Alexander in a conspiracy to distribute crack cocaine in excess of 50 grams and methamphetamine in excess of 500 grams.  Given those allegations, Mr. Alexander and his co-defendants face  mandatory minimum sentences of 10 years up to a maximum of life in prison, not to mention substantial fines and penalty assessments.  There are also Criminal Forfeiture allegations seeking the forfeiture of substantial sums of money and assets naming all of the defendants;

I am informed and believe that the investigation of these related cases, including the above-captioned case involved a Title III wire intercept of uncertain duration, an unknown number of confidential informants and/or likely cooperating putative or actual co-defendants, undercover drug agents, and hours of physical surveillance.  I have learned that there are thousands of line sheets or summaries of intercepted telephone calls, in addition to the calls themselves.  Neither the line sheets nor the calls have yet been released in discovery although we have been provided with numerous wire intercept orders and applications, search warrants and affidavits in support and the statements of the accused and/or memorandum of interviews post-arrest.   I believe there is an alleged code employed by the subjects of the charges which will certainly complicate the already difficult task of studying the seized calls;

I am a sole practitioner whose practice is exclusively dedicated to the defense of criminal cases, primarily in the United States District Court.  A case like the above-captioned will likely consume many hours of counsel's time to understand the facts, study the applicable law, conduct and supervise a meaningful and independent fact investigation, and decide upon an appropriate defense strategy.  These attorney hours will likely be spent over the course of many months given the magnitude of the materials

which must be mastered. In this unusual and complex case, I cannot wait until the conclusion of my representation to submit vouchers for payment of attorneys fees and costs. Accordingly, request is hereby made for an order authorizing the submission of vouchers for payment when counsel's fees and/or costs exceed $5,000[1].

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 15, 2008 at San Diego, California.


Dated: April 15, 2008             /s/ Mark F. Adams
                                  MARK F. ADAMS
                                  Attorney for Defendant
                                  **Melvin Alexander**

---

[1] Pursuant to Local Rule a proposed Order has been sent to the Court's chambers by electronic mail.