UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MELVIN ALEXANDER,<br><br>        Defendant | CASE NO. 08CR0256-02-L<br><br>**ORDER AUTHORIZING INTERIM PAYMENTS OF ATTORNEY FEES** |

   Good cause appearing therefore:

   IT IS HEREBY ORDERED that interim payments of attorney fees and costs to appointed counsel Mark F. Adams are authorized in accordance with Title 18 United States Code Section 3006A(d) whenever attorney fees and costs reach the level of at least $5,000.00.

IT IS SO ORDERED.

DATED: April 17, 2008

_____
M. James Lorenz
United States District Court Judge